## In re SCHULTE.

No. 15492. Opinion Filed Dec. 20, 1932.

Rehearing Denied Jan. 7, 1933.

Lydick, McPherren & Wilson and M. E. Jordan, for complainants.

W. F. Schulte and E. N. Jones, for respondent.

ANDREWS, J. Upon a review of the record in this case, we are of the opinion that the order of disbarment heretofore made in this case should be vacated, set aside, and held for naught; that the prayer of the complainants for the disbarment of the respondent should be denied, and that the respondent should be reinstated.

It is so ordered.

LESTER, C. J., and RILEY, HEFNER, CULLISON, SWINDALL, McNEILL, and KORNEGAY, JJ., concur. CLARK, V. C. J., not voting.

Note.—See under (1) 2 R. C. L. 1113.